■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOSES QUINTANA, Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Queens County, imposed January 6, 1971. Sentence affirmed. No opinion. Rabin, P. J., Hopkins, Martuscello, Latham and Christ, JJ., concur.